# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CHARLES JOSEPH WALKS, <br><br> Defendant. | CR 13-101-BLG-SEH <br><br> FINDINGS AND RECOMMENDATION CONCERNING PLEA |

The Defendant, by consent, appeared before me under Fed. R. Crim. P. 11 and entered a plea of guilty to the Indictment, which charges the crime of assault on a federal officer in violation of 18 U.S.C. §§ 111(a)(1) and (b).

After examining the Defendant under oath, the Court determined that the guilty plea was knowingly, intelligently, and voluntarily entered; that the Defendant fully understands his constitutional rights and the extent to which such rights are waived; and that the offense charged and to which a guilty plea was entered contained each of the essential elements of the offense.

The Court further concludes that the Defendant had adequate time to consult with counsel. I recommend that the Defendant be adjudged guilty of assault on a federal officer as charged in the Indictment. A presentence report has been ordered.

Objections to these Findings and Recommendation are waived unless filed and served within fourteen (14) days after the filing of the Findings and Recommendation. 28 U.S.C. § 636(b)(1)(B); Fed. R. Crim. P 59(b)(2).

DATED this 11th day of December, 2013.

/s/ Carolyn S. Ostby
United States Magistrate Judge