

FILED
JAN - 2 2014
Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Cause No. CR-13-101-BLG-SEH-SPW |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| CHARLES JOSEPH WALKS ) | |
| ) | |
| Defendant. ) | |

In accordance with the Findings and Recommendations Concerning Plea[1] of Guilty of United States Magistrate Judge Carolyn S. Ostby, to which there has been no objection, the plea of guilty of the Defendant to Count I in the Indictment is hereby accepted. Defendant is adjudged guilty. All parties shall appear before this Court for sentencing as previously directed by Magistrate Ostby's December 11, 2013, Order.[2]

DATED this 2nd day of January, 2014.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. District Court Judge

---

[1] Doc. 16.

[2] Doc. 17.