FILED

APR 9 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 13-101-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| CHARLES JOSEPH WALKS, | |
| Defendant. | |

Upon the Defendant's Motion for Early Termination of Supervised Release (Doc. 28) pursuant to Title 18 U.S.C. § 3583(e)(1), and good cause being shown,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED. Charles Walks' term of supervised release is terminated as of the date of this Order.

The Clerk shall notify the U.S. Probation Office of the making of this Order.

DATED this 9th day of April, 2019.

SUSAN P. WATTERS
United States District Judge